HARVEY v. LEWIS.

1. APPEAL AND ERROR—BRIEFS—APPENDIX—COURT RULES.
   Appellants' briefs and appendices, containing gross violations of court rules with respect to statement of questions involved, statements of facts, and appendix, are ordered stricken (Court Rule No 67, §§ 1, 2, 6 [1945]).

2. SAME—BRIEFS—APPENDIX—COURT RULES.
   Appeals are ordered dismissed 60 days hereafter unless appellants shall have filed briefs and appendices complying with appellate rules (Court Rules No 67, §§ 1, 2, 6; No 70, § 5[b] [1945]).

Appeals from Wayne; Rashid (Joseph G.), J. Record on appeal filed February 27, 1961. (Calendar Nos. 48,730, 48,731, 48,732, 48,785, 48,793.) Stricken from the call of the April term on *sua sponte* order April 7, 1961. Plaintiffs' briefs and appendices ordered stricken and plaintiffs' appeals dismissed conditionally May 2, 1961.

Bill by Sidney M. Harvey, Thermie Henkle, William T. McAlonan, Emma Moist, and others against Daniel L. Lewis, *et al.*, doing business as Lewis Bros., Brookdale Cemetery Association, Brookdale, Inc., Mt. Sinai Memorial Cemetery Association, and others, for accounting, receivership proceedings, quieting of title, cancellation of encumbrances, impressment of trust, and for other relief in connection

REFERENCES FOR POINTS IN HEADNOTES
[1, 2] 3 Am Jur, Appeal and Error §§ 725, 740, 746, 768, 769, 775.

with corporate organization and sales of property for cemetery purposes.

Objection by plaintiffs to allowance of claim of Constantine A. Tsangadas for certain sums and certain stock holdings. Order entered allowing claim. Plaintiffs appeal.

Objection by plaintiffs to the allowance of attorney fees in the matter of the receivership of Brookdale Cemetery Association and Brookdale, Inc., and of certain land acreage. Order allowing fees to Stanley E. Beattie, counsel for receiver. Plaintiffs appeal.

Objection by plaintiffs to the allowance of fees of guardian *ad litem* to represent known, unknown, incompetent, and contingent parties. Order allowing fees to Ralph W. McKenney, guardian. Plaintiffs appeal.

Objection by plaintiffs to release of certain escrowed funds to the receiver of Brookdale Cemetery Association. Order releasing funds to receiver. Plaintiffs appeal.

Objection by respondents to release of certain escrowed funds to receiver of Brookdale Cemetery Association. Order releasing funds to receiver. Respondents Irwin I. Cohn and Congregation Adas Shalom appeal.

*Walter M. Nelson* (*Burger & Sullivan* and *Frank Iannelli,* of counsel for Harvey and McAlonan, *Clarence T. Wilson,* of counsel for Henkle, Moist, and others), for plaintiffs.

*Constantine A. Tsangadas,* claimant, *in propria persona.*

*Stanley E. Beattie,* counsel for receiver, *in propria persona* (*Thomas C. Mayer,* of counsel).

*Ralph W. McKenney,* guardian *ad litem, in propria persona.*

*Stanley E. Beattie* (*John R. Starrs, in propria persona,* of counsel), for John R. Starrs, receiver.

*John Sklar,* for defendant Cohn.

*Irwin I. Cohn,* for defendant Congregation Adas Shalom.

PER CURIAM. On motion of the Court, the briefs and appendices of plaintiffs-appellants Harvey, *et al.,* in the above-styled matters are stricken for gross violations of Court Rule No 67 (particularly sections 1, 2, and 6 thereof).*

Further, under authority of Court Rule No 70, § 5(b),† the appeals of plaintiffs-appellants Harvey, *et al.,* will be dismissed 60 days from date unless by then appellants have filed briefs and appendices complying with appellate rules.

---

* Court Rules (1945) were amended and certain sections added, October 30, 1956, effective January 2, 1957. For Rule No 67 see 347 Mich xxii, and subsequent amendment effective July 1, 1959, at 355 Mich xiv. For Rule No 70, § 5(b), see 347 Mich xxx.—REPORTER.

† As to Nos. 48,731 and 48,732, see, also, Author's Comment, Honigman, Michigan Court Rules Annotated (1959 Pocket Part, p 214).